IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MATTHEW WEAVING,

          Plaintiff,

   v.

CITY OF HILLSBORO,

          Defendant.

No. 3:10-CV-1432-HZ

JUDGMENT

Jaime B. Goldberg
ATTORNEY AT LAW
P.O. Box 86463
Portland, OR 97286

    Attorney for Plaintiff

Karen M. O'Kasey
HART WAGNER, LLP
1000 SW Broadway, 20th Floor
Portland, OR 97205

Page | 1 – JUDGMENT

Attorney for Defendant

Based on the verdict entered by the jury on May 25, 2012, in favor of Matthew Weaving ("Plaintiff") and the Findings of Fact & Conclusions of Law entered by this court on June 21, 2012, addressing Plaintiff's equitable remedies, IT IS HEREBY ORDERED AND ADJUDGED that judgment shall be entered in favor of Plaintiff in the following amounts:

(1) Non-economic damages in the amount of 75,000;

(2) Back pay in the amount of $232,143; and

(3) Front pay in the amount of $330,807.

IT IS SO ORDERED.

   Dated this __21st__ day of June, 2012.


                                          /s/ Marco A. Hernandez
                                          MARCO A. HERNANDEZ
                                          United States District Judge