Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile:  (503) 222-2301

        Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MATTHEW WEAVING,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF HILLSBORO,<br><br>        Defendant. | Case No. 3:10-cv-01432-HZ<br><br>**JUDGMENT** |

   Plaintiff brought various claims against Defendant under the Americans with Disabilities Act, 28 U.S.C. § 12101-12117, and the parallel Oregon law prohibiting discrimination based on disability, O.R.S. 659A.103-O.R.S. 659A.145.

   On May 25, 2012, the jury entered a verdict in favor of Plaintiff on the discrimination claims and in favor of Defendant on the "regarded as" claim.  On June 21, 2012, the Court entered Findings of Fact and Conclusions of Law addressing Plaintiff's equitable remedies, and entered a Judgment in favor of Plaintiff.

   On August 15, 2014, the Ninth Circuit reversed the judgment, holding that Plaintiff did not present sufficient evidence to prove his claims.  On October 10, 2014, the Ninth Circuit

Page 1    JUDGMENT

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile:  (503) 222-2301

denied Plaintiff's Motion for Reconsideration and Motion for Rehearing *En Banc*.  The Ninth Circuit issued its mandate the same day, awarding defendant $211.30 in costs.  The Supreme Court denied Plaintiff's Petition for Certiorari on March 2, 2015.

Based on the ruling of the Ninth Circuit, and because Plaintiff has exhausted all avenues for further appeal,

IT IS HEREBY ORDERED AND ADJUDGED that final judgment shall be entered in favor of Defendant on all of Plaintiff's claims for $211.30.

DATED this 22 day of May, 2015.

_____
MARCO A. HERNANDEZ
United States District Judge

Page 2    JUDGMENT

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301